**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00074-CR**
**IN RE SYLEST MARIE COX**

**Original Proceeding**
**411th District Court of Polk County, Texas**
**Trial Cause No. 27666**

## MEMORANDUM OPINION

Sylest Marie Cox filed a mandamus petition through which she seeks a dismissal of an indictment on the grounds that she has been denied her constitutional right to a speedy trial. Release from confinement is habeas relief. This Court lacks jurisdiction to grant habeas relief in an original proceeding in a criminal case. *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding). Relator has not shown that the trial court refused to rule on a properly filed petition for a writ of habeas corpus seeking a bond reduction. *See In re Foster*, 503 S.W.3d 606, 607 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding). Furthermore, relator has not shown that the trial court: (1) had a legal duty to rule on

a motion; (2) was asked to rule on a motion; and (3) failed or refused to rule on a motion within a reasonable time. *See In re Molina*, 94 S.W.3d 885, 886 (Tex. App.—San Antonio 2003, orig. proceeding). A trial court is free to disregard any pro se motions filed by a defendant who is represented by counsel. *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018). We deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 20, 2021
Opinion Delivered April 21, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.